Print Form

Instructions for use:

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 30 2009  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-CV-00598-CMP

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Matthew Buhl, Keric McKenna, Justin Cowgill, Jane Doe, and John Doe

Plaintiff(s)

vs.

Seattle Police Officers John Doe #1, John Doe #2, John Doe #3, John Doe #4 and The City of Seattle, WA

Defendant(s),

C09 0598 JCC

**CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983**
(for use only by plaintiffs not in custody)

**Parties to this Complaint:**

| | |
|---|---|
| Plaintiff's Name, Address and Phone Number | Matthew M. Buhl  3307 4th Ave So #223 Seattle 98104 (206) 240 4596<br>Keric McKenna: Unknown   John Doe: Unknown<br>Justin Cowgill: Unknown   Jane Doe: Unknown |
| Defendant's Name, Address and Phone Number | Unknown |
| Defendant's Name, Address and Phone Number | Unknown |

No Iss / IFP App.

| | | |
|---|---|---|
| 1. Defendant's Name, Address and Phone Number | City of Seattle 660 4th Avenue Seattle, WA | |

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Previous Lawsuits:**

Have you brought any other lawsuits in any federal court in the United States:?

☒ No   ☐ Yes   If Yes, how many? ____

**Describe the lawsuit:**

Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)

Court and Name of District: N/A

Docket Number: N/A

Assigned Judge: N/A

Disposition:
(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) N/A

Approximate filing date of lawsuit: N/A

Approximate date of disposition: N/A

**Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. **Do not give any legal arguments or cite any cases or statutes.** If you allege a number of related claims, number and set forth each claim in a separate paragraph. (Attach additional sheets if necessary.)

On the afternoon of May 1, 2006, the above-listed plaintiffs, including Matthew Buhl, Kerric McKenna and Justin Cowgill, stood ~~at or~~ on a public sidewalk at or near the corner of Madison Street and 4th Avenue. When they unpacked picket signs to protest a mass march that was to proceed past them, they were descended upon by a group of SPD officers including John Doe #1, #2, #3. These officers quickly and aggressively handcuffed, manhandled, shoved and struck the plaintiffs while expressing personal opposition to the message conveyed by the plaintiffs' signs (No vulgar or obscene imagery or language was on the signs). The plaintiffs were forced into a van and transported to a detention center where they sat handcuffed and locked in cells for hours, and were told they'd be released after the mass march. The officers admitted that no crimes had been committed by the plaintiffs hours before they were released. One of the officers later publicly stated on a call-in radio program that the plaintiffs were held because their signs were "contrary to the march."

~~These actions~~

**Relief**
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

A. Enter a judgment in favor of plaintiffs and against Defendants;
B. Enter an order declaring defendant's conduct unconstitutional;
C. Award plaintiffs compensatory and punitive damages against defendants
D. Award Plaintiffs counsel, if any is ultimately retained, reasonable fees and costs pursuant to 42 U.S.C. § 1988 and any other applical provisions of law
E. ~~Enter~~ Grant to plaintiffs such other and further relief as may be just and proper under the circumstances, including but not limited to appropriate injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct.

4/30/2009
Date

*[signature]*
Signature of Plaintiff