FILED —— ENTERED
LODGED —— RECEIVED

NOV 2 3 2009    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

The Honorable JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW BUHL, et al.,

      Plaintiffs,

      v.

JOHN DOE, et al,

      Defendants.

CASE NO. 2:09-cv-0598-JCC

PLAINTIFFS' MOTION FOR
RECONSIDERATION

NOTE ON CALENDAR:
November 23, 2009

09-CV-00598-STMT

## INTRODUCTION

Plaintiff Matthew M. Buhl respectfully requests that the Court reconsider its November 10, 2009 Order dismissing this matter for Failure to Appear.

## ARGUMENT

Plaintiff Matthew Buhl believes the matter should not have been dismissed for failure to appear because he and Plaintiffs Stephanie Robson, Keric McKenna, and Justin Cowgill did appear. All four Plaintiffs state in separate sworn affidavits that they entered the court building well before 9am, and after some difficulty with elevators and directions to the courtroom following security clearance, were present in the court room either at 9am or no more than

1   one or two moments after nine am. All four plaintiffs state that apart from their accompanying

2   friend Samantha Chase and one attorney present for one of the other seven matters scheduled for

3   9am, they were the only people in the courtroom for five to ten minutes before Deputy Clerk

4   Mahnke and Court Reporter Kari Davidson entered and set up their equipment before the

5   Honoroable John Coughenour entered. This is consistent with Plaintiff Buhl's statement that when

6   he inquired November 23rd, 2009 about contact information to serve a copy of this motion on the

7   defendant's attorneys, he was informed by the clerk's office on that no attorneys have yet

8   appeared on behalf of the defendants in this matter. In their affidavits, the Plaintiffs state that after

9   one other matter was heard, a recess period began between approximately 9:15 to 9:20am, during

10  which Deputy Clerk Mahnke asked Matthew Buhl, Stephanie Robson, Justin Cowgill and Keric

11  McKenna if they were present as observers, and that when they answered that they were present

12  for a hearing, they were shocked to be told that the matter had already been dismissed. In his

13  affidavit, Plaintiff Matthew Buhl states that he was also shocked to receive notice that he had

14  missed the October 20th Scheduling Conference, and suspects that the original letter notifying him

15  of that conference may have been placed into the box of an unknown person at his address, as he

16  sometimes receives the mail of others in his building. Plaintiff Matthew Buhl states his fear that

17  based on his and other Plaintiffs' Failure to Appear October 20th 2009, it was understandably but

18  nevertheless incorrectly assumed that he and his co-Plaintiffs were not present for the 9am hearings

19  of November 10th.

20

21                                CONCLUSION

22      Plaintiff Matthew Buhl prays this court, in the interests of justice, to reconsider its order

23  dismissing this matter, and to instruct all parties to it to proceed.

24

25   Date 11/23/2009                         Respectfully submitted,

26                                           _____
                                             Matthew Buhl, Pro'se
                                             5307 4th Ave So, #223
     PLAINTIFF'S MOTION                      Seattle, WA 98108
     FOR RECONSIDERATION- 2

     2:09-cv-0598-JCC

1

CERIFICATE OF SERVICE

2

I hereby certify that, on this 23rd day of November, 2009, a true and complete copy of the

3

foregoing Motion for Reconsideration was sent by First Class Certified U.S. Mail to the parties

4

below:

5

6

Seattle Police Department
610 Fifth Avenue  P.O. Box 34986

7

Seattle, WA 98124-4986

8

9

Seattle City Attorney
Thomas Carr

10

600 4th Ave, 4th Floor
PO Box 94769

11

Seattle, WA 98124-4769

12

13

Matthew Buhl, Pro/se

14

5307 4th Ave So, #223
Seattle, WA 98108

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S MOTION
FOR RECONSIDERATION- 3

2:09-cv-0598-JCC