The Honorable JOHN C. COUGHENOUR

____FILED ____ENTERED
____LODGED____RECEIVED

NOV 2 4 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BUHL, et al., | CASE NO. 2:09-cv-0598-JCC |
| Plaintiffs, | DECLARATION BY JUSTIN COWGILL |
| v. | NOTE ON CALENDAR: November 24, 2009 |
| JOHN DOE, et al, | |
| Defendants. | |

09-CV-00598-ANS

DECLARATON OF JUSTIN COWGILL

I, Justin L. Cowgill, being first duly sworn under oath under the penalty of perjury of the laws of the State of Washington do hereby declare as follows:

Being involved in a case along with Matthew M. Buhl and the other three Plaintiffs, I was informed of a Show Cause would be held November 10, 2009. I, along with the others involved in the case, never received a notice to appear at a scheduling hearing set for October 20, 2009. I was there to explain that I did not receive a notice in my mailbox.

On the day of the hearing, the other three Plaintiffs and I made an effort to appear in proper dress and as a group to show that we take this case seriously despite that we haven't yet found an attorney. The fifth Plaintiff, whom I knew as Peter, we were unable to contact, as he

1  has been stationed elsewhere by Navy, and we no longer have contact information for him.

2

3  After we were able to find parking for several vehicles downtown, we met in front of the
4  steps of the Federal Courthouse and entered the building at approximately 8:50-8:55 am. We
5  then passed through the security, found the elevators, and then the courtroom, which we entered
6  at 9:00 or 9:02, according to the slightly different times on our watches. We argued about this, as
7  Matt was upset that Keric, Samantha and Stephanie took time to put their shoes back on before
8  entering the elevator after we went through security. He wanted them to put their shoes on inside
9  the elevator.

10

11  In the courtroom, there was one other person present, quietly minding his own business.
12  We then waited between five and ten minutes before a court clerk entered from a back room and
13  began to set up a typing machine and other items to prepare for court business. After the court
14  was called to session, a brief hearing took place for another matter at about 9:10am. At
15  approximately 9:15 to 9:20am, a recess was announced.

16

17  While waiting, thinking our case would be next, the court clerked asked us if we were
18  there to observer or for another matter. When we told her that we were there for a hearing, she
19  asked us if we were there for the "Buhl matter". After telling her that we were, she informed us
20  that the case was dismissed, that it started after 9:00am, and we weren't there, we told her that we
21  were there by 9:00am. She informed us that normally we could proceed but that the opposing
22  side in the case had already left. We asked her what the next step would be, and she informed us
23  that we could file a complaint.

24

PLAINTIFF JUSTIN
COWGILL'S DECLARATION- 2

2:09-cv-0598-JCC

1 | As we sat in the courtroom before clerks entered, it did not occur to us for one moment that we were already considered to be late. When we entered the courtroom, we saw nobody leaving and it did not appear as if a hearing had just finished. There was nobody packing up their things, the court clerk wasn't removing her items, and my honest impression was that we were the first people present other than the previously mentioned man.

I find the order dismissing our case to be unjust and I believe that we would have had a hearing if we had found an attorney to accompany us. I hope the court will reverse the dismissal and allow us to proceed with our case.

Date 11/24/09

Respectfully submitted,

Justin Cowgill
4459 Brygger Drive West
Seattle, WA 98199

PLAINTIFF MATTHEW
BUHL'S DECLARATION- 3

2:09-cv-0598-JCC

## CERIFICATE OF SERVICE

I hereby certify that, on this 24th day of November, 2009, a true and complete copy of the foregoing Declaration was sent by First Class Certified U.S. Mail to the parties below:

Seattle Police Department
610 Fifth Avenue  P.O. Box 34986
Seattle, WA 98124-4986


Seattle City Attorney
Thomas Carr
600 4th Ave, 4th Floor
PO Box 94769
Seattle, WA 98124-4769

_____
Matthew Bull, Pro se
5307 4th Ave So, #223
Seattle, WA 98108