The Honorable JOHN C COUGHENOUR

FILED ____ ENTERED
____ LODGED ____ RECEIVED

NOV 24 2009  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW BUHL, et al.,

   Plaintiffs,

v.

JOHN DOE, et al,

   Defendants.

CASE NO. 2:09-cv-0598-JCC

DECLARATION BY SAMANTHA CHASE

NOTE ON CALENDAR:
November 24, 2009

09-CV-00598-BCST

DECLARATON OF SAMANTHA CHASE

I, Samantha J Chase, being first duly sworn under oath under penalty of perjury of the laws of the State of Washington, do hereby declare as follows:

I went with Matt Buhl, Stephanie Robson, Justin Cowgill and Keric McKenna to the courthouse to watch their hearing. We arrived at about 8:50am, went through security, and found the floor the courtroom was on. We went right instead of left at first because a security officer told us to go right. We didn't see the entrance to the courtroom, only entrances to judges' chambers. Because it was a conference, Matt rang the bell of the judges' chambers thinking briefly that he was possibly expected to do so. Then we walked back to where the others in our

SAMANTHA CHASE'S
DECLARATION- 1

2:09-cv-0598-JCC

1  had found the entrance to the courtroom. We entered at 9am. We sat down on the left side and
2  apart from one other man, we were the first ones present. We waited and whispered for five to
3  ten minutes before clerks entered and prepared the courtroom. Then the judge entered and we
4  rose to attention but were unsure of when to be seated, so we remained standing for a while.
5  Eventually we sat down. We watched as another case was heard and a recess was announced.
6  Then the clerk asked us why we were there. When Keric told her who we were, she told him that
7  their case had been dismissed. I was present for all of this, and I am writing to attest that Matt,
8  Keric, Justin and Stephanie were all present.

Respectfully submitted,

Date 11/24/09

Samantha Chase
3317 16th Ave. so
Seattle, WA 98144

SAMNTHA CHASE'S
DECLARATION- 2

2:09-cv-0598-JCC

1 CERIFICATE OF SERVICE

2   I hereby certify that, on this 24th day of November, 2009, a true and complete copy of the
3 foregoing Declaration was sent by First Class Certified U.S. Mail to the parties below:

4

5 Seattle Police Department
  610 Fifth Avenue  P.O. Box 34986
6   Seattle, WA 98124-4986

7

8 Seattle City Attorney
  Thomas Carr
9 600 4th Ave, 4th Floor
  PO Box 94769
10 Seattle, WA 98124-4769

11

12 _____
   Matthew Bull, Pro se
13 5307 4th Ave So, #223
   Seattle, WA 98108

14

15

16

17

18

19

20

21

22

23

24

25