The Honorable JOHN C. COUGHENOUR

___ FILED ___ ENTERED
___ LODGED ___ RECE

NOV 2 4 2009  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O. WASHINGTON
DEPU..

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW BUHL, et al.,

    Plaintiffs,

v.

JOHN DOE, et al,

    Defendants.

CASE NO. 2:09-cv-0598-JCC

DECLARATION BY PLAINTIFF KERIC MCKENNA

NOTE ON CALENDAR:
November 24, 2009

09-CV-00598-CVSHT

DECLARATON OF KERIC MCKENNA

I, Keric S McKenna, being first duly sworn under oath under penalty of perjury of the laws of the State of Washington, do hereby declare as follows: Samantha J Chase, being first duly sworn under oath under penalty of perjury of the laws of the State of Washington, do hereby declare as follows:

After months of desperately searching in vain for an attorney that handles cases of the type and sensitivity of the one Matt Buhl filed on my and four (4) others' behalf last June, I was informed that a Show Cause hearing would be held November 10th 2009, at which we would have an opportunity to explain why we failed to appear at a scheduling hearing set for October 20th, 2009. My co-plaintiffs and I feel overwrought with challenges in bringing our case before a

1. judge. We are not lawyers, and it has been another challenge to find a lawyer willing take our
2. case. It has been extremely distressing to learn as we go under these circumstances, without a
3. lawyer to assist even in simple procedural matters. I arrived in the court lobby no less than five
4. (5) minutes before our hearing was scheduled to be held. My compatriots hurried up to the
5. courtroom while I struggled for several minutes to untie a knot in my shoe. My shoe had set off
6. the metal detector and needed to be X-rayed. I arrived in the courtroom last to find my co-
7. plaintiffs and one attorney milling about as if court had yet to commence. We sat on the left side
8. of the courtroom and waited from five to ten minutes before the court clerk and a lady I
9. presumed to be the stenographer began to prepare for the proceedings. At about fifteen (15) after
10. 9am court commenced and we waited for our case to be called. It never was, and we were
11. informed by the clerk later that our case had been called and that it had been dismissed. We
12. were all stunned and devastated.

Date 11/24/9

Respectfully submitted,

Keric S. McKenna
3516 NE 75th St. Apt. 2
Seattle, WA. 98115

PLAINTIFF KERIC
MCKENNA'S
DECLARATION- 2

2:09-cv-0598-JCC

CERIFICATE OF SERVICE

I hereby certify that, on this 24rd day of November, 2009, a true and complete copy of the foregoing Declaration was sent by First Class Certified U.S. Mail to the parties below:

Seattle Police Department
610 Fifth Avenue  P.O. Box 34986
Seattle, WA 98124-4986

Seattle City Attorney
Thomas Carr
600 4th Ave, 4th Floor
PO Box 94769
Seattle, WA 98124-4769

_____
Matthew Buhl, Pro se
5307 4th Ave So, #223
Seattle, WA 98108