```
 1                   UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF WASHINGTON

 3                            AT SEATTLE

 4

 5    MATTHEW BUHL, KERIC MCKENNA,  )  NO. C09-0598-JCC
      JUSTIN COWGILL, JANE DOE and  )
 6    JOHN DOE,                     )
                                    )
 7              Plaintiffs,         )
                                    )  November 10, 2009
 8    vs.                           )  Seattle, Washington
                                    )     9:04 a.m.
 9    SEATTLE POLICE OFFICERS JOHN  )
      DOES #1 through 4, and the    )
10    CITY OF SEATTLE,              )
                                    )
11              Defendants.         )

12

13            TRANSCRIPT OF HEARING TO SHOW CAUSE
           BEFORE THE HONORABLE JOHN C. COUGHENOUR
14               UNITED STATES DISTRICT COURT JUDGE

15

16

17
       Court Reporter:      Kari Davidson, CSR
18                          3641 N. Pearl Street, Bldg. D
                            Tacoma, WA  98407
19

20

21

22

23

24     (Proceedings recorded by mechanical stenography;

25   transcript produced with aid of computer.)
```

CATHERINE M. VERNON & ASSOCIATES
3641 N. Pearl Street, Bldg. D, Tacoma, WA 98407 (253) 627-2062

```
 1                    P R O C E E D I N G S
 2            JUDICIAL ASSISTANT:  Case No. CO9-598, Buehl versus
 3   Seattle Police Officers.
 4            THE COURT:  There is no response.  We are going to
 5   dismiss the case for failure to prosecute.
 6                        (End of Proceedings.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                       C E R T I F I C A T E
 2         STATE OF WASHINGTON)
                              ) ss.
 3         County of King     )
 4              I, the undersigned Notary Public in and for the
 5    State of Washington, do hereby certify:
 6              That the foregoing transcript of Hearing to
 7    Show Cause proceedings was transcribed under my direction;
 8    that the transcript is a full, true and complete transcript
 9    of the testimony of said witness, including all questions,
10    answers, objections, motions and exceptions;
11              That I am not a relative, employee, attorney or
12    counsel of any party to this action or relative or employee
13    of any such attorney or counsel, and that I am not
14    financially interested in the said action or the outcome
15    thereof;
16              That I am herewith securely sealing this
17    transcript and delivering the same to the Clerk of the Court
18    via electronic filing.
19
20       IN WITNESS WHEREOF, I have hereunto set my hand and
21    affixed my official seal this 7th day of December, 2009.
22
23                              /Kari Lee Davidson/
                                Notary Public in and for the State
24                              of Washington, residing at Vashon.
25
```