The Honorable John C. Coughenour

**09-CV-00598-JSR**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW BUHL, KERIC MCKENNA, JUSTIN COWGILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE POLICE OFFICERS JOHN DOES #1 THROUGH 4; and THE CITY OF SEATTLE, <br><br> Defendants. | NO. C09-0598-JCC <br><br> STIPULATION FOR AND AGREED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Matthew Buhl, Keric McKenna and Justin Cowgill, plaintiffs herein, representing themselves pro se, as authorized by their signatures below, do represent that they wish to dismiss their lawsuit, with prejudice, and without costs. Plaintiffs also represent that, for purposes of this resolution, they have conferred with independent counsel of their choice. Defendants City of Seattle and John Doe Police Officers 1 through 4, through their undersigned attorneys of record, do hereby agree that in return for dismissal with prejudice, they will not seek costs or attorneys fees and that the matter may be dismissed without costs or fees. All parties hereby agree and stipulate that plaintiffs'

STIPULATION AND AGREED ORDER OF DISMISSAL - 1
C09-0598-JCC
3019-030834 511810

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1 complaint herein can be and should be dismissed with prejudice and without costs, or
2 fees,
3 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
4 that pursuant to the above representation and stipulation that this case should be
5 dismissed now hereby plaintiffs' complaint is dismissed with prejudice and without costs
6 and/or attorney fees.

7 DATED this **30** day of March, 2010.

_____
THE HONORABLE JOHN C. COUGHENOUR

**Stipulated to and Presented by:**

STAFFORD FREY COOPER

By: _____
Stephen P. Larson, WSBA #4959
Attorneys for Defendants City of Seattle and
Seattle Police Officers John Does 1 through 4

**Copy Received, Notice of Presentation Waived, Stipulated to and Approved for Entry:**

_____
MATTHEW BUHL

_____
KERIC MCKENNA

_____
JUSTIN COWGILL

STIPULATION AND AGREED ORDER OF DISMISSAL - 2
C09-0598-JCC
3019-030834 511810

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885